UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 3:20-cr-67-J-39JRK

ANDREW CHRISTIAN DAVIS

_____/

**MOTION TO TEMPORARILY MODIFY CONDITIONS OF PRETRIAL RELEASE**

Defendant, ANDREW CHRISTIAN DAVIS, through his undersigned attorney, hereby moves this Court to enter an order temporarily modifying the Order Setting Conditions of Release entered in this case. As grounds, Defendant submits the following memorandum:

**MEMORANDUM**

Defendant is currently on pretrial release in this case. One of the special conditions of Defendant's pretrial release is strict home confinement at the residence of his father and stepmother who are elderly. The strict home confinement order is monitored via GPS. Defendant's stepfather passed away on Friday, February 12, 2021. Defendant is requesting permission to travel on Thursday, February 25, 2021 from 10:30 a.m. to 5:00 p.m. Defendant would travel to his mother's residence located at 21A Zoeller Court, Palm Coast, Florida 32164 to assist his mother with packing up his step-father's personal belongings.

Additionally, Defendant is requesting permission to travel on Friday, March 5, 2021 from 10:30 a.m. to 5:00 p.m. to attend his step-father's memorial on the beach at 12:00 p.m. Thereafter, Defendant would travel to his mother's residence located at 21A Zoeller Court, Palm Coast, Florida 32164 to assist his mother with packing up his step-father's personal belongings. Defendant would be with third party custodian, William Davis, during the above-referred requested travel.

The undersigned represents that Pretrial Services Officer, Jacob Ely and Assistant U.S. Attorney, Kelly Karase have no objection to the Court granting this motion.

WHEREFORE Defendant requests this Court enter an order temporarily modifying the Order Setting Conditions of Release accordingly in the above-styled cause.

**MITCHELL A. STONE, P.A.**

/s/Mitchell A. Stone_____
**MITCHELL A. STONE**
Florida Bar No.: 797121
1830 Atlantic Boulevard
Jacksonville, Florida 32207
904-396-3335
Attorney for Defendant
Email: mitch@jacksonvilledefense.com

I HEREBY CERTIFY that on the 22nd day of February, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Kelly Karase, U.S. Attorney's Office.

**MITCHELL A. STONE, P.A.**

/s/Mitchell A. Stone_____
**MITCHELL A. STONE**
Florida Bar No.: 797121
1830 Atlantic Boulevard
Jacksonville, Florida 32207
904-396-3335
Attorney for Defendant
Email: mitch@jacksonvilledefense.com